Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
Panel II (ESPECIAL)

| CENTRAL GENERAL DE TRABAJADORES<br>Apelada<br><br>v.<br><br>STERICYCLE OF PUERTO RICO, INC.<br>Apelante | KLAN202400733 | *Apelación (presentado como Certiorari)* procedente del Tribunal de Primera Instancia Sala de San Juan<br><br>Caso Núm. SJ2024CV01759<br><br>Sobre: Impugnación de Notificación de Laudo del Negociado de Conciliación y Arbitraje del Departamento del Trabajo y Recursos Humanos |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Aldebol Mora y el Juez Adames Soto

**<u>SENTENCIA</u>**

En San Juan, Puerto Rico, a 16 de septiembre de 2024.

Atendido la *Moción de Desistimiento Voluntario* presentado por la parte apelante, Stericycle of Puerto Rico, Inc., este Tribunal ordena el archivo y cierre del caso de epígrafe por desistimiento con perjuicio, conforme dispone la Regla 83(A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B

Lo acordó el Tribunal y lo certifica su Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

NÚMERO IDENTIFICADOR

SEN2024_____